

In re: **HOLLY RAJ, INC.**
Case No. 10-10741 – Chapter 11

## EXHIBIT "A"

### DEBTOR'S NINETY (90) DAY BUDGET

(March – May, 2010)

|  | March | April | May |
|---|---|---|---|
| **Revenue:** | $ 8,300.00 | $ 8,300.00 | $ 8,300.00 |

**Expenses (40 Waller Avenue, White Plains, NY):**

| | March | April | May |
|---|---|---|---|
| Utilities: | 100.00 | 100.00 | 100.00 |
| Insurance: | 500.00 | 500.00 | 500.00 |
| Maintenance: | 200.00 | 200.00 | 200.00 |
| Painting, Repairs: | 1,000.00 | 1,000.00 | 1,000.00 |

**Expenses (Lake George, NY):**

| | March | April | May |
|---|---|---|---|
| Utilities: | 3,000.00 | 3,000.00 | 3,000.00 * |
| Maintenance: | 2,500.00 | 2,500.00 | 2,500.00 |
| Supplies and Miscellaneous: | 1,000.00 | 1,000.00 | 1,000.00 |

\* Security Deposit

| **TOTAL:** | $ 8,300.00 | $ 8,300.00 | $ 8,300.00 |
|---|---|---|---|