UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF NEW YORK

In re,

HOLLY RAJ, INC.,

Debtor.

Chapter 11
Case No. 10-10741

## NOTICE OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE**, that **ADIRONDACK ENTERTAINMENT AND RECREATION, INC. and THOMAS ZEPPIERI,** appear herein by its local counsel, Nolan & Heller, LLP, and demands, pursuant to Bankruptcy Rules 2002(g), 9007, 9010(b) and Bankruptcy Code §§102(1), 342 and 1109(b), that all notices given or required to be given in this case and all papers served or required to be served in this case, be given to and served upon the undersigned.

**PLEASE TAKE FURTHER NOTICE**, that pursuant to §1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices of papers referred to in the Rules specified above, but also includes without limitation, orders and notices of any application, motion, petition, pleading, request, complaint, or demand, whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex, or otherwise: (1) which affect or seek to affect in any way any rights or interests of **ADIRONDACK ENTERTAINMENT AND RECREATION, INC. and/or THOMAS ZEPPIERI,** with respect to (a) the Debtor; (b) property or proceeds thereof in which the Debtor may claim an interest; or (2) which require or seek to require any act, delivery of any property, payment or other conduct by **ADIRONDACK ENTERTAINMENT AND RECREATION, INC. and/or THOMAS ZEPPIERI.**

**DATED:** March 9, 2010
Albany, New York

**NOLAN & HELLER, LLP**
*Local Counsel for Adirondack Entertainment and Recreation, Inc. and Thomas Zeppieri*

By: /s/ Francis J. Brennan

Francis J. Brennan, Esq.
39 North Pearl Street, 3rd Floor
Albany, New York 12207
(518) 449-3300

74049-1